IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-96-0350 WBS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING THE UNITED |
| | ) | STATES' MOTION TO CONTINUE THE |
| v. | ) | LAW AND MOTION DATE |
| | ) | |
| JOHN THAT LUONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court has reviewed the government's Motion to Continue the law and motion date to March 9, 2006.  For the reasons set forth in the government's Motion, filed January 17, 2006, it is hereby ORDERED that:

  1.  The date for law and motion hearings on the pending motions is reset from January 25, 2006, to March 9, 2006, at 2:00 p.m.

  2.  The date set for the remaining government oppositions to defendants' pending motions is reset to February 23, 2006; and

  3.  Replies, if any, are due on March 2, 2006.

  IT IS SO ORDERED.

Date: January 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1