IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 96-CR-00350 |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| PING SHERRY CHAN, | |
| Defendant. | |

The court is in receipt of defendant Ping Sherry Chan's motion for an order terminating her pre-trial supervision due to her compliance with her pretrial release conditions. The motion is joined in by the United States Attorney and the Pretrial Services Officer. It has been seventeen years since the Indictment was filed in this matter, and so far as the court can determine, no effort has been made to bring the matter to trial as against this defendant. Nor does there appear to have been any finding of excludable time under the Speedy Trial Act with regard to this defendant.

Therefore, rather than sign the order proposed by the parties, the court hereby orders the United States Attorney within 20 days from the date of this Order to show cause why this action should not be dismissed as against the remaining defendants for lack of prosecution.

IT IS SO ORDERED.

Dated:  January 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE